**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1849**

_____

BARRY ADAMS,

                    Plaintiff - Appellant,

       v.

HIGH PURITY SYSTEMS, INCORPORATED; NORMAN JONES,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:09-cv-00354-GBL-JFA)

_____

Submitted:  May 21, 2010          Decided:  June 9, 2010

_____

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Barry Adams, Appellant Pro Se.  Anessa Abrams, SAUL EWING, LLP, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry Adams appeals the district court's order granting Defendants' motion to dismiss his federal employment discrimination and state tort law claims pursuant to Federal Rule of Civil Procedure 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Adams v. High Purity Sys., Inc., No. 1:09-cv-00354-GBL-JFA (E.D. Va. June 5, 2009; July 2, 2009). With regard to Adams' reverse race discrimination claim, we find that Adams failed to allege that he was treated less favorably than others outside his protected class; thus, this claim was insufficiently pled. See McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802 (1973); White v. BFI Waste Servs., LLC, 375 F.3d 288, 295 (4th Cir. 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED